**Electronically Filed
Supreme Court
SCWC-30652
23-OCT-2012
10:25 AM**

NO. SCWC-30652

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ANGELA BROWN, Individually and as Special Administrator of the Estate of Ryan Cornell, Petitioner/Plaintiff-Appellant,

vs.

ROMEO E. MARQUEZ, Respondent/Defendant-Cross-Claimant-Appellee,

and

ARAKAKI MECHANICAL, LLC, Respondent/Defendant-Cross-Claim Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30652; CIV. NO. 08-1-0154(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant Angela Brown's application for writ of certiorari filed on September 13, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, October 23, 2012.

Jan K. Apo and Mark D. Reck for petitioner

Roy F. Hughes and Charlene S.P.T. Murata for respondent Arakaki Mechanical, LLC

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

